Robert D. Anthony, pro se.

WASHINGTON MUTUAL BANK, F.A., APPELLEE, *v.* WALLACE, APPELLANT, ET AL.

[Cite as *Washington Mut. Bank, F.A. v. Wallace,*
134 Ohio St.3d 359, 2012-Ohio-5495.]

(Nos. 2011–1693 and 2011–1694—Submitted December
4, 2012—Decided December 5, 2012.)

---

{¶ 1} The certified-conflict question is answered in the negative. The judgment of the court of appeals is reversed, and the cause is remanded to the trial court for further proceedings consistent with *Fed. Home Loan Mtge. Corp. v. Schwartzwald,* 134 Ohio St.3d 13, 2012-Ohio-5017, 979 N.E.2d 1214.

O'CONNOR, C.J., and PFEIFER, LUNDBERG STRATTON, O'DONNELL, LANZINGER, CUPP, and McGEE BROWN, JJ., concur.

---

Thompson Hine, L.L.P., Scott A. King, and Terry W. Posey Jr., for appellee.
Andrew M. Engel, for appellant, Betty Wallace.